IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW RUBA AND LARRY PROVOST, on behalf of themselves and all others similarly situated, Plaintiffs, | : : : : : |
| v. | : Civ. No. 19-15300 : |
| TOMTOM NORTH AM. INC., Defendant. | : : : |

**O R D E R**

**AND NOW**, this 21st day of May, 2020, upon consideration of Plaintiffs' Notice of Voluntary Dismissal (Doc. No. 23), it is hereby **ORDERED** that this action is **DISMISSED with prejudice**.  See Fed. R. Civ. P. 41(a).

AND IT IS SO ORDERED.

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.